## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### Case No. 8:15-cv-1758-T-30AEP

DEMASI-KONDAPALLI, LLC, a
Florida limited liability company,

    Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver of Orion Bank,

    Defendant.
_____/

### ORDER

THIS CAUSE comes before the Court upon IberiaBank's Motion to Intervene [D.E. 24]. The Court notes that counsel for IberiaBank conferred with counsel for the Plaintiff and the FDIC and there is no opposition to the Motion. Upon consideration of the motion, and being otherwise advised in the circumstances, the Court concludes that the motion should be granted because it is appropriate to allow IberiaBank to intervene in this action as a matter of right pursuant to Federal Rule of Civil Procedure 24(a)(2). Accordingly, IberiaBank should be permitted to intervene and participate as a co-Defendant in this action.

It is therefore **ORDERED AND ADJUDGED** that:

1. IberiaBank's Motion to Intervene [D.E. 24] is GRANTED.

2. The Clerk shall add IberiaBank as a Defendant in this action.

      3.      IberiaBank shall file an answer to the complaint within fourteen (14) days of this Order.

      4.      The parties shall file an amended joint case management report within fifteen (15) days of this Order.

**DONE** and **ORDERED** in Tampa, Florida on May 12, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record